IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JESSIE HILL,**                                                                                             **PLAINTIFF**
**ADC # 104136**

**VS.**                            **4:22-CV-00489-BRW-JTK**

**JOHN H. SPEARS,** *et al.*                                         **DEFENDANTS**

## **ORDER**

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

1. Plaintiff's Complaint is DISMISSED without prejudice.

2. If Plaintiff wishes to continue this case, he is required to submit the statutory filing and administrative fee of $402.00 to the Clerk, noting the above case style and number, within fifteen (15) days of the date of this Order, together with a motion to reopen the case. Upon receipt of the motion and full payment, the case will be reopened.

3. I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

Dated this __24th__ day of __June__, 2022.

                                                         _____BILLY ROY WILSON_____
                                                         UNITED STATES DISTRICT JUDGE