IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JESSIE HILL,** **PLAINTIFF**
**ADC # 104136**

VS.  4:22-CV-00489-BRW

**JOHN H. SPEARS,** *et al***.** **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 24th day of June, 2022.

                                                  BILLY ROY WILSON
                                   UNITED STATES DISTRICT JUDGE